

# Fourth Court of Appeals
## San Antonio, Texas

February 3, 2022

No. 04-22-00040-CV

**IN RE THE TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice
                Lori I. Valenzuela, Justice

On January 20, 2022, relator filed a petition for writ of mandamus complaining of an order that resulted from a hearing conducted on January 14, 2022. Relator also filed a motion for temporary emergency relief asking this court to stay the order. On January 23, 2022, the real party in interest filed a response to both the petition and emergency motion and objected to the request for a stay. On January 28, 2022, relator filed an amended petition for writ of mandamus complaining of the same order. Relator also filed an amended motion for temporary emergency relief asking this court to stay the order and any future orders "regarding the creation of contracts or the payment of funds regarding this child's placement and services."

This court has not yet ruled on relator's motion for emergency temporary relief because relator has been unable to obtain a signed written order that resulted from the January 14, 2022 hearing. We hereby ORDER relator to obtain a signed written order that resulted from the January 14, 2022 hearing **no later than February 14, 2022**. In the interest of justice and the child's best interest, respondent, the Honorable Mary Lou Alvarez, is encouraged to sign the order within the next ten days.

It is so **ORDERED** on February 3, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT

---

[1] This proceeding arises out of Cause No. 2017-PA-01702, styled *In the Interest of N.P., a Child*, pending in the 288th Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.